IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § | |
| Plaintiff, § § | |
| vs. § § | Cause No. 21-CR-294 JCH |
| JOHN CHAVEZ, § § § | |
| Defendant. § | |

# DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ACCEPTING THE PLEA AGREEMENT

Defendant, through counsel, hereby reiterates his objections and the arguments previously made in support of accepting the agreed upon sentence in the plea agreement. Doc. 75. In addition to the arguments previously made, counsel adds that practical considerations also favor accepting the plea agreement, Doc. 72, and the probationary sentence agreed to by the parties that is contained therein.

   A. **PRACTICAL CONSIDERATIONS ALSO SUPPORT ACCEPTING THE PLEA AGREEMENT.**

This plea agreement advances several important functions of the Court and the criminal justice system. Plea agreements like the one negotiated in this case are an essential component of the criminal justice system. *Santobello v. New York*, 404 U.S. 257, 260, 92 S.Ct. 495, 498, 30 L.Ed.2d 427 (1971) ("The disposition of criminal charges by agreement between the prosecutor and the accused sometimes loosely called 'plea bargaining,' is an essential component of the administration of justice.). Plea

agreements are an essential component of the criminal justice system because without plea agreements, like the agreement in this case, the criminal justice system could not operate in its current state but would be obliged to drastically expand its presence and increase the associated costs. *Id*. at 404 U.S. at 260, 92 S.Ct. at 498.

By honoring this plea agreement not only are judicial resources conserved, but taxpayer dollars are saved, and prosecutorial resources maintained. The prudence in seeking the foreseeable savings mentioned above is only confirmed by the further consideration that cases where convictions are obtained following trial or contested evidentiary rulings often result in appeals that also increase the time, space, and monetary demands on the criminal justice system and all parties within it. Those practical benefits, in addition to the objections and arguments previously made in Defendant's Objections and Sentencing Memorandum, Doc. 75, also support accepting the negotiated plea agreement in this case.

Respectfully submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
martin_juarez@fd.org

/s/ filed electronically
MARTIN, JUAREZ, AFPD
Attorney for Defendant