# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
### BEFORE THE HONORABLE JUDITH C. HERRERA

| | | | |
|---|---|---|---|
| Case Number: | CR 21-294 JCH | USA vs. | CHAVEZ |
| Hearing Date: | 4/5/2023 | Defendant: | John Chavez |
| Time In and Out: | 10:04-10:15 | Total Time in Court: | 11 minutes |
| Courtroom Deputy: | N. Maestas | Court Reporter: | Carmela McAlister |
| AUSA: | Jon Stanford | Defendant's Counsel: | Martin Juarez |
| Sentencing in: | Albuquerque | Probation Officer: | Jason Hunt |
| Interpreter: | | Interpreter Sworn? | ☐ Choose an item. |
| Convicted on: | Plea | As to: Superseding Indictment | Counts: 1-3 |
| Guilty Plea: | Accepted | Plea Agreement: | Accepted |
| Date of Plea/Verdict: 11/08/22 | PSR: Not Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: Not Needed |
| Exceptions to PSR: | | | |

## SENTENCE IMPOSED

**IMPRISONMENT (BOP):** Probation: 3 years as to Counts 1-3; said terms will run concurrently

☐ 500-Hour Drug Program   ☐ BOP sex-offender treatment program   Other:

**SUPERVISED RELEASE:**   ☐ Mandatory/Standard Conditions

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☐ | Defendant must participate in/successfully complete Choose an item. substance abuse treatment program & grant waiver of confidentiality. | ☒ | Defendant must submit to substance abuse testing to determine if you have used a prohibited substance; Testing shall not exceed 60 tests per year |
| ☒ | Defendant must submit to a search of your person, property, residence, vehicle, papers, computers (as defined in 18USC1030(e)(1)), other electronic communications or data storage devices or media, or office under your control. | ☐ | Defendant must not use or possess alcohol; You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or alcohol monitoring technology program to determine if you have used alcohol; Testing shall not to exceed 4 tests per day. |
| ☒ | Defendant must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances that impair your physical or mental functioning, whether or not intended for human consumption. | ☒ | Defendant must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). |
| ☐ | Defendant must participate in mental health treatment program and follow rules and regulations of the program; You shall waive your right of confidentiality. | ☐ | Defendant must take all mental health medications as prescribed by the treating physician. |
| ☐ | Defendant must participate in community-based program which provides education and training in: | ☐ | Defendant must reside at a Residential Reentry Center for a term of (up to) Choose an item. |
| ☒ | Defendant must complete 60 hours of community service as directed. | ☐ | Defendant must not communicate, or otherwise interact, with victim(s) directly or through someone else with approval of the probation officer. |
| ☐ | Defendant must participate in an educational or vocational service program and follow the rules and regulations of that program. | ☐ | Defendant must not communicate, or otherwise interact, with codefendant(s)/coconspirator(s) w/o approval of the probation officer. |
| ☐ | Defendant must participate in, and successfully complete location monitoring as follows: | ☐ | Defendant must not communicate, or otherwise interact, with any known gang member. |
| ☐ | Defendant must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. | ☒ | Other: Defendant must provide the probation officer access to any requested financial information and authorize release of any financial information. |

*Rev. November 10, 2015*

| MONETARY PENALTIES / FORFEITURES ||||||
|---|---|---|---|---|---|
| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ 300.00 | Due Immediately |
| Forfeit rights title & interest to: |||||  |

| OTHER ||
|---|---|
| ☒ Waived Appeal Rights per Plea Agreement | ☒ Continue on Release |
| ☐ Recommended place(s) of incarceration: ||
| ☐ Dismissed Counts: ||

| PROCEEDINGS |
|---|
| Court in session - parties state appearances; Court has reviewed all documents; Will adopt PSR; Defense counsel has nothing to add; Defendant has nothing to say; Government has nothing to add |